No. 11–8522. SORRELLS v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 11–8523. BURLEW v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8536. AMAYA v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 11–8537. BARKACS v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8538. BADUE v. REEVE ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8543. SWAN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

BARRINO v. DEPARTMENT OF THE TREASURY ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8565. ABULKHAIR v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 11–8580. ADAMS v. MCQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8581. BARKER v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 11–8584. KEESLING v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–8585. WESTON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–8586. LOGAN v. SOCIAL SECURITY ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 11–8589. MACLIN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–8667. SIMS v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.